| American Land Title Association | | ALTA Settlement Statement - Combined |
|---|---|---|
| | | Adopted 05-01-2015 |

| File No: 3037593 | First American Title Insurance Company | |
|---|---|---|
| Printed: 12/14/2020, 3:43 PM | 1100 Lake Street, Suite 265 • Oak Park, IL 60301 | |
| Officer/Escrow Officer: Deborah Ozanic/DO | Phone: (708)386-6416  Fax: (866)242-3110 | First American |
| Settlement Location: | Final Settlement Statement | |
| 1100 Lake Street, Suite 265, Oak Park, IL 60301 | | |

Property Address: 17755 65th Avenue, Tinley Park, IL 60477
Buyer: Claudia Martinez, Francisco Diaz Perez
Address: 17755 65th Avenue, Tinley Park, IL 60477
Seller: Michael L. Karr
Address:
Lender: CIBC Bank USA
Settlement Date: 12/14/2020
Disbursement Date: 12/14/2020

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 190,000.00 | Sale Price | 190,000.00 | |
| | | Loan Amount - CIBC Bank USA | | 186,558.00 |
| | | Total Deposit/Earnest Money | | 1,500.00 |
| | | Disbursed as Proceeds ($0.00) | | |
| | | Excess Deposit | | |
| 1,500.00 | | Earnest Money Held By: Real People Realty | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| 6,144.33 | | County Taxes @ $0.00/yr | | 6,144.33 |
| 5,700.00 | | Seller Credit | | 5,700.00 |
| | | | | |
| | | **Loan Charges** | | |
| | | Loan Charges to CIBC Bank USA | | |
| | | Prepaid Interest 12/14/20 to 01/01/21 @$12.139000/day | 218.50 | |
| | | Administration Fee | 1,295.00 | |
| | | Appraisal Fee to TJ McCarthy        POC-B $466.00 | | |
| | | Credit Report to Factual Data | 52.70 | |
| | | Flood Certification to ServiceLink National Flood | 11.50 | |
| | | Mortgage Insurance Premium to Dept of HUD | 3,208.62 | |
| | | Non-Specific Lender Credits | | 1,000.00 |
| | | | | |
| | | **Impounds** | | |
| | | Aggregate Adjustment | | 1,068.67 |
| | | Homeowner's Insurance 4 mo(s) @$123.75/mo | 495.00 | |
| | | County Property Taxes 7 mo(s) @$573.67/mo | 4,015.69 | |

This is a summary of the closing transaction prepared by First American Title Insurance Company. This document is not intended to replace the Closing Disclosure form.

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Title Charges & Escrow / Settlement Charges | | |
| 1,985.00 | | Title - Owner's Title Insurance<br>Owner's Policy to FATIC/Corey Rybka | | |
| | | Title - Lender's Policy<br>Loan Policy to FATIC/Corey Rybka | 550.00 | |
| | | Title - [ALTA 22-06] Location<br>[ALTA 22-06] Location to FATIC/Corey Rybka | 180.00 | |
| | | Title - [ALTA 8.1-06 ] Environmental Protection Lien<br>[ALTA 8.1-06 ] Environmental Protection Lien to FATIC/Corey Rybka | 180.00 | |
| | | Title - [ALTA 9-06] Restrictions, Encroachments, Minerals -<br>[ALTA 9-06] Restrictions, Encroachments, Minerals - Loan Policy to FATIC/Corey Rybka | 180.00 | |
| | | Title - Closing Protection Coverage-Buyer<br>Closing Protection Coverage-Buyer to First American Title Insurance Company | 25.00 | |
| | | Title - Closing Protection Coverage-Lender<br>Closing Protection Coverage-Lender to First American Title Insurance Company | 25.00 | |
| 50.00 | | Title - Closing Protection Coverage-Seller<br>Closing Protection Coverage-Seller to First American Title Insurance Company | | |
| | | Title - State of IL Loan Policy Fee<br>State of IL Loan Policy Fee to First American Title Insurance Company | 3.00 | |
| 3.00 | | Title - State of IL Owner's Policy Fee<br>State of IL Owner's Policy Fee to First American Title Insurance Company | | |
| | | Title - Electronic Delivery Fee<br>Electronic Delivery Fee to First American Title Insurance Company | 40.00 | |
| | | Title - PLDP Compliance Processing Charge<br>PLDP Compliance Processing Charge to First American Title Insurance Company | 100.00 | |
| | | Title - Settlement Fee<br>Settlement/Closing Fees to First American Title Insurance Company | 1,375.00 | |
| | | Title - Chain of Title<br>Chain of Title to First American Title Insurance Company | 250.00 | |
| 125.00 | | Title - Commitment Update Search<br>Commitment Update Search to FATIC/Corey Rybka | | |
| | | Title - Overnight Delivery Fee<br>Overnight Delivery Fee to First American Title Insurance Company | 40.00 | |
| | | Title - Policy Update Search<br>Policy Update Search to First American Title Insurance Company | 150.00 | |
| 40.00 | | Title - Service/Handling Wire Transfer Fee<br>Service/Handling Wire Transfer Fee to First American Title Insurance Company | | |
| | | | | |
| | | Commission | | |
| | | (Note: Commission amount $4607.50. POC Held By Real People Realty $1,500.00) | | |
| 6,450.50 | | Real Estate Commission to Hoff Realtors | | |
| 3,107.50 | | Real Estate Commission to Su Familia Real Estate Inc | | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| | | Record Deed<br>Deed to First American Title Insurance Company | 98.00 | |

This is a summary of the closing transaction prepared by First American Title Insurance Company. This document is not intended to replace the Closing Disclosure form.

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Record First Deed of Trust/Mortgage | 98.00 | |
| | | Mortgage to First American Title Insurance Company | | |
| 95.00 | | County Documentary Transfer Tax | | |
| | | County Transfer Tax to First American Title Insurance Company | | |
| 190.00 | | State Documentary Transfer Tax | | |
| | | State Transfer Tax to First American Title Insurance Company | | |
| | | | | |
| | | Payoff(s) and Payment(s) | | |
| | | Wells Fargo | | |
| 160,812.07 | | Mortgage Payoff to Wells Fargo | | |
| | | | | |
| | | Miscellaneous | | |
| | | Attorney Fee to Naheel Matuk Rantisi | 500.00 | |
| | | Homeowner's Insurance Premium to Farmers Insurance | 1,485.00 | |
| 297.60 | | Water Bill to Village of Tinley Park | | |
| 3,500.00 | | Tinley Park Stamps to Village of Tinley Park | | |
| | | | | |
| 190,000.00 | 190,000.00 | **Subtotals** | 204,576.01 | 201,971.00 |
| | | Due From Buyer | | 2,605.01 |
| | | Due From/To Seller | | |
| 190,000.00 | 190,000.00 | **Totals** | 204,576.01 | 204,576.01 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize First American Title Insurance Company to cause the funds to be disbursed in accordance with this statement.

**Seller(s)**                                                    **Buyer(s)**

_____                                  _____
Michael L. Karr                                                  Claudia Martinez


                                                                 _____
                                                                 Francisco Diaz Perez

This is a summary of the closing transaction prepared by First American Title Insurance Company. This document is not intended to replace the Closing Disclosure form.

Escrow Officer: Deborah Ozanic

This is a summary of the closing transaction prepared by First American Title Insurance Company. This document is not intended to replace the Closing Disclosure form.